THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS JAY MORRISON,<br><br>　　　　　Defendant. | Nos. CR05-125RSL<br>　　　CR05-174RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH HEARING BY VIDEO OR TELEPHONE |

THE COURT has considered Mr. Morrison's unopposed motion to proceed with a supervised release revocation hearing by video or telephone, and the record.

THE COURT FINDS that a video or telephonic hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." See W.D. Wash. Gen. Ord. No. 04-20 (Mar. 30, 2020); see also W.D. Wash. Gen. Ord. Nos. 14-21, 16-21.

THE COURT ORDERS that a video (or telephone if video is unavailable) supervised release revocation hearing be scheduled on June 15, 2023, at 10:30 a.m.

DONE this 25th day of May 2023.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Dennis Jay Morrison

ORDER TO PROCEED WITH
HEARING BY VIDEO OR TELEPHONE
(*U.S. v. Morrison,* CR05-125-RSL & CR05-174-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100